| | | |
|---|---|---|
| **THE BRIGHT IDEAS COMPANY, INC.** | ) | **IN THE UNITED STATES** |
| | ) | **DISTRICT COURT FOR THE** |
| **Plaintiff & Counterclaim Defendant** | ) | **DISTRICT OF MARYLAND** |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL NO.  MJG 05-CV-3015** |
| **TARGET CORPORATION** | ) | |
| | ) | |
| **Defendant & Counterclaim Plaintiff** | ) | |
| | ) | |

## OPPOSITION TO TARGET'S MOTION FOR SUMMARY JUDGMENT

Plaintiff and counterclaim defendant The Bright Ideas Company, Inc. hereby opposes defendant and counterclaim plaintiff Target Corporation's motion for summary judgment.  In support of this opposition, the Court is referred to the accompanying memorandum.

Respectfully submitted,

_____/s/_____

John A. Galbreath
Bar # 27,703
Galbreath Law Offices, P.C.
2516 Chestnut Woods Ct.
Reisterstown, MD 21136-5523
TEL: 410-628-7770
FAX:  410-666-7274
EMAIL:  jgalbreath@galbreath-law.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, a copy of this document and referenced attachments are being served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

2 June 2006                                                                /s/ John A. Galbreath